# EXHIBIT "4"

1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California 92707
3  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
4
   Attorneys for Defendant
5  HOBBY LOBBY STORES, INC.

6

7
                  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                     **COUNTY OF SAN DIEGO, CENTRAL DIVISION**
9

10
   CONSTANCE MEDEIROS,                    Case No. 37-2019-00027065-CU-NP-CTL
11
                  Plaintiff,              **DEFENDANT HOBBY LOBBY STORES,**
12                                        **INC.'S ANSWER TO PLAINTIFF'S**
        v.                                **COMPLAINT**
13
   HOBBY LOBBY; and DOES 1 TO 100,        [IMAGED FILE]
14 inclusive,
                                          Assigned for All Purposes to:
15                Defendant.              Hon. Joel R. Wohlfeil, Dept. C-73

16

17

18          Defendant HOBBY LOBBY STORES, INC. ("Hobby Lobby"), in answer to the complaint

19 of Plaintiff CONTANCE MEDEIROS ("Plaintiff"), responds as follows:

20                              **GENERAL DENIAL**

21          Pursuant to the provisions of Code of Civil Procedure section 431.30, Hobby Lobby denies

22 each and every allegation contained in the complaint, and each purported cause of action

23 contained therein.  Hobby Lobby further generally and specifically denies that Plaintiff sustained

24 any loss, injury, or damage as the proximate result of any act, breach or omission on the part of

25 Hobby Lobby or any agent, servant, representative or employee.

26                          **AFFIRMATIVE DEFENSES**

27          Hobby Lobby further alleges as follows:

28 ///

                                              1
          DEFENDANT HOBBY LOBBY STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

1

## FIRST AFFIRMATIVE DEFENSE

2

### (FAILURE TO STATE CAUSE OF ACTION)

3    The complaint fails to state facts sufficient to constitute a cause of action.

4

## SECOND AFFIRMATIVE DEFENSE

5

### (UNCERTAINTY)

6    The causes of action in the complaint are uncertain and ambiguous as to Plaintiff's claim

7 for damages against Hobby Lobby.

8

## THIRD AFFIRMATIVE DEFENSE

9

### (FAILURE TO MITIGATE DAMAGES)

10    Plaintiff failed to mitigate any damages she may have sustained in connection with the

11 matters referred to in her complaint, and such failure to mitigate bars and/or diminishes Plaintiff's

12 recovery against Hobby Lobby.

13

## FOURTH AFFIRMATIVE DEFENSE

14

### (FAILURE TO EXERCISE ORDINARY CARE)

15    Plaintiff failed to exercise ordinary and reasonable care on her own behalf, and such

16 negligence and carelessness was a proximate cause of some portion, up to and including the whole

17 of, her alleged injuries and damages, and Plaintiff's recovery therefore should be barred or

18 reduced according to law.

19

## FIFTH AFFIRMATIVE DEFENSE

20

### (FAILURE OF OTHERS TO EXERCISE REASONABLE CARE)

21    If Hobby Lobby is subjected to any liability, it will be due in whole, or in part, to the acts

22 and/or omissions of other parties unknown at this time, and any recovery obtained by Plaintiff

23 should be barred or reduced according to law.

24

## SIXTHAFFIRMATIVE DEFENSE

25

### (LACK OF NOTICE)

26    At all times relevant herein, Hobby Lobby exercised reasonable care and did not know, and

27 in the exercise of reasonable care could not have known, of the alleged acts, omissions or the

28 conditions which are the subject of the complaint.

DEFENDANT HOBBY LOBBY STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

## SEVENTH AFFIRMATIVE DEFENSE

### (ASSUMPTION OF RISK)

At all times herein mentioned, Plaintiff, with full knowledge of all risks attendant thereto, voluntarily and knowingly assumed any and all risks attendant upon her conduct, including any allegedly related damages caused by those risks she assumed.

## EIGHTH AFFIRMATIVE DEFENSE

### (NO NOTICE OF DEFECT)

Hobby Lobby has no constructive or actual knowledge of the alleged defects that purportedly caused Plaintiff's alleged damages, and, through the use of reasonable diligence, could not have known of any allegedly dangerous or defective conditions.

## NINTH AFFIRMATIVE DEFENSE

### (WARNINGS PROVIDED)

Hobby Lobby alleges that Plaintiff was advised, informed, and warned of any potential hazards and/or dangers, if any there were, associated with the normal or foreseeable use, handling, and storage of the product described in the complaint.

## TENTH AFFIRMATIVE DEFENSE

### (NO BREACH OF DUTY)

Hobby Lobby alleges that the state of industrial knowledge and practice was at all material times such that Hobby Lobby neither breached any alleged duty owed to Plaintiff, nor knew or could have known that its product(s) presented a foreseeable risk of harm to Plaintiff in the normal and expected use of such product(s).

## ELEVENTHAFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE NEGLIGENCE)

Hobby Lobby alleges that any and all events and happenings, injuries and damages, if any, referred to in the complaint, were proximately caused or contributed to by the negligence and fault of Plaintiff and that Plaintiff did not exercise ordinary care in her own behalf at the times and places referred to in the complaint. Therefore, Plaintiff is completely barred from recovery herein. In the alternative, under the doctrine of pure comparative negligence and fault, the acts of Plaintiff

DEFENDANT HOBBY LOBBY STORES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

1  reduces her right to recover herein by the amount in which such acts contributed to her damages, if

2  any.

### TWELFTH AFFIRMATIVE DEFENSE

### (APPORTIONMENT OF FAULT)

The matters complained of in the complaint were proximately caused, in whole or in part, by the acts or omissions of other parties.  Accordingly, liability should be apportioned according to their respective degrees of fault or other legal responsibility, and the liability, if any, of Hobby Lobby should be reduced accordingly.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (RIGHT TO AMEND)

Hobby Lobby may have additional defenses that cannot be articulated due to Plaintiff's failure to particularize her claims, due to the fact that Hobby Lobby does not have copies of certain documents bearing on Plaintiff's claims, and due to Plaintiff's failure to provide more specific information concerning the nature of the damage claims and claims for certain costs for which Plaintiff alleges Hobby Lobby may share some responsibility.  Hobby Lobby therefore reserves the right to amend its answer herein, including the addition of affirmative defenses after pleading and discovery in preparation for trial.

### PRAYER FOR RELIEF

WHEREFORE, Hobby Lobby prays for judgment as follows:

     1.     That Plaintiff takes nothing by way of her action;

     2.     That Hobby Lobby be awarded costs of suit incurred herein; and

     3.     For such other and further relief as the court deems just and proper.

KLINEDINST PC

DATED: August 13, 2019          By: _____
                              Christopher D. Holt
                              Attorneys for Defendant
                              HOBBY LOBBY STORES, INC.

1 | Christopher D. Holt, Bar No. 228399
KLINEDINST PC
2 | 5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
3 | (714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com
4 |
Attorneys for Defendant
5 | HOBBY LOBBY  STORES, INC.

6 |

7 |

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO, CENTRAL DIVISION**

9 |

10 |

| | |
|---|---|
| CONSTANCE MEDEIROS, | Case No. 37-2019-00027065-CU-NP-CTL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | **[IMAGED FILE]** |
| HOBBY LOBBY; and DOES 1 TO 100, inclusive, | Assigned for All Purposes to: Hon. Hon. Joel R. Wohlfeil, Dept. C-73 |
| Defendant. | Action Filed:     May 28, 2019<br>Trial Date:       Not Set |

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

17        At the time of service, I was over 18 years of age and not a party to this action.  I am

18 | employed in the County of Orange, State of California.  My business address is 5 Hutton Centre

19 | Drive, Suite 1000, Santa Ana, California 92707.

20        On August 13, 2019, I served true copies of the following document(s) described as

21 | **DEFENDANT HOBBY LOBBY STORES, INC.'S ANSWER TO PLAINTIFF'S**

22 | **COMPLAINT** on the interested parties in this action as follows:

23        **SEE ATTACHED SERVICE LIST**

24        **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the

25 | persons at the addresses listed in the Service List and placed the envelope for collection and

26 | mailing, following our ordinary business practices.  I am readily familiar with the practice of

27 | Klinedinst PC for collecting and processing correspondence for mailing.  On the same day that

28 | correspondence is placed for collection and mailing, it is deposited in the ordinary course of

1

PROOF OF SERVICE

1  business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I

2  am a resident or employed in the county where the mailing occurred.  The envelope was placed in

3  the mail at Santa Ana, California.

4       I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.

6       Executed on August 13, 2019, at Santa Ana, California.

7

8  _____

   Mary Gail C. Stamper

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

2

PROOF OF SERVICE

**SERVICE LIST**
Medeiros v. Hobby Lobby
Case No. 37-2019-00027065-CU-NP-CTL [3826-5006]

1

2

3    Barbara B. Savaglio, Esq.                    T: (619) 696-9111
     LAW OFFICES OF BARBARA B.                    F: (619) 298-2025
4    SAVAGLIO
     2727 Camino Del Rio S, Ste. 100              Counsel for PLAINTIFF
5    San Diego, CA 92108

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

3