# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE MEDEIROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOBBY LOBBY; and DOES 1 to 100, inclusive,<br><br>　　　　Defendant. | Case No. 3:19-CV-01525-BEN-RBB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO CONTINUE DISCOVERY AND PRE-TRIAL DATES 30 DAYS**<br>**[ECF NO. 45]** |

　　Presently before the Court is a joint motion by the parties to continue discovery and pre-trial deadlines for thirty days [ECF No. 45]. The parties request that the Court continue the remaining deadlines in the case "to allow ongoing settlement discussions to proceed before additional expert costs preclude settlement." (Joint Mot. 2, ECF No. 45.)

　　On November 20, 2020, the Court granted the parties' joint motion to continue discovery and pre-trial dates for ninety days to permit the parties to attend private mediation [ECF No. 44]. The Court expressly advised the parties that "no further extensions of the schedule will be granted absent extraordinary circumstances." (Order 2, ECF No. 44.) Having considered the current joint motion and the status of the case, the joint motion is **GRANTED IN PART and DENIED**

**IN PART**.  The Court finds good cause to grant continuances of fourteen (14) days of the expert disclosure and discovery deadlines and seven (7) days of the motion filing deadline.  The Pretrial Conference, and dates related thereto, will remain in place as previously set.  Accordingly, the remaining discovery and pre-trial deadlines are as follows:

| Deadline/Event | Current Date | New Date |
| --- | --- | --- |
| Initial Rule 26(a)(2) expert disclosure | March 8, 2021 | March 22, 2021 |
| Rebuttal Rule 26(a)(2) expert disclosure | March 22, 2021 | April 5, 2021 |
| Expert discovery cut off | April 12, 2021 | April 26, 2021 |
| Deadline to File Pretrial Motions | April 26, 2021 | May 3, 2021 |
| Rule 26(a)(3) Disclosures | June 14, 2021 | June 14, 2021 |
| Local Rule 16.1(f)(4) Meet and Confer | June 21, 2021 | June 21, 2021 |
| Deadline to File Proposed Pretrial Order | June 28, 2021 | June 28, 2021 |
| Final Pretrial Order | July 5, 2021 | July 5, 2021 |
| Final Pretrial Conference | July 12, 2021 at 10:30 a.m. | July 12, 2021 at 10:30 a.m. |

**IT IS SO ORDERED.**

DATED:  February 25, 2021          By: _____
HONORABLE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE