1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10

11   CONSTANCE MEDEIROS,                    |   Case No.: 19cv1525-BEN(RBB)

12                             Plaintiff,   |
                                            |   **ORDER DENYING JOINT MOTION
13   v.                                     |   TO CONTINUE EXPERT
                                            |   DISCOVERY CUT-OFF AND
14   HOBBY LOBBY, et al.,                   |   DEADLINE TO FILE PRETRIAL
                                            |   MOTIONS BY TWO WEEKS
15                             Defendants.  |   [ECF NO. 48]**

16

17

18        On April 16, 2021, the parties filed a Joint Motion to Continue Expert Discovery

19   Cut-off and Deadline to File Pretrial Motions by Two Weeks [ECF No. 28].  The Court

20   held a telephonic attorneys-only Discovery Conference on April 22, 2021, to address the

21   joint motion.

22        The Court previously granted a joint request by the parties to continue dates for

23   ninety (90) days to allow private mediation, and rescheduled the Pretrial Conference from

24   April 12, 2021, to July 12, 2021.  (Order 2, ECF No. 44.)  The parties were expressly

25   advised that "no further extensions of the schedule will be granted absent extraordinary

26   circumstances."  (Id.)  Thereafter, on February 24, 2021, the parties sought a thirty (30)

27   day continuance of the remaining discovery and pretrial dates [ECF No. 45].  The Court

28   found good cause to grant a fourteen (14) day continuance of the expert disclosure and

1 | discovery deadlines and a seven (7) day continuance of the pretrial motions filing cutoff

2 | but denied the parties' request to continue the Pretrial Conference.  (Order 2, ECF No.

3 | 46.)

4 |      The parties presently seek a fourteen (14) day continuance of the expert discovery

5 | cutoff and the deadline to file pretrial motions, currently set for April 26, 2021, and May

6 | 3, 2021, respectively.  As discussed with counsel, granting the parties' request would

7 | necessitate continuing the Pretrial Conference, which the Court declines to do.

8 | Accordingly, the joint motion is **DENIED WITHOUT PREJUDICE**.

9 |      IT IS SO ORDERED.

10

11 | Dated:  April 22, 2021

12 | Hon. Ruben B. Brooks

13 | United States Magistrate Judge

14

15

16 | cc:  Judge Roger T. Benitez

17 | All Parties of Record

18

19

20

21

22

23

24

25

26

27

28